

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | AVE MARIA BRENNAN<br>Senior Counsel<br>Administrative Law Division<br>Phone: 212-356-2188<br>Fax:   212-356-2109 |

April 3, 2018

By ECF

Hon. Vera M. Scanlon
U.S. District Court -Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Ramooe, Inc. v. City of New York et al.;
         13 CV 01045

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants City of New York and the New York City Department of Housing and Preservation Development, in this action.

  On March 28, 2018, Your Honor instructed the City attorneys appearing before you at a conference to have any other attorneys listed as representatives of the City Defendants removed from the docket and ECF system for this case. I spoke today with an EDNY ECF technical support person about how to remove myself from the docket and the ECF system for this case. ECF support sent me a link to a "CMECF FAQ" which quotes Local Rule 1.4 which states in part the following: "[A]n attorney who has appeared as attorney of record for a party may be relieved or displaced only by an order of the Court…." The FAQ further states that: "In many instances where one attorney at a firm is being removed while one or more other attorneys at the same firm continue to represent a party, a simple letter motion to the magistrate judge explaining why the attorney should be removed (e.g., has left the firm) is sufficient." I attach a print out from the link sent by ECF support.

  Accordingly, as I am no longer an assigned attorney on this case, I request by this letter motion that the Court issue an order to remove me from the docket and ECF system for this case.

  Thank you.

                   Very truly yours,

                   *Ave Maria Brennan*
                   Ave Maria Brennan

cc: GOLDBERG WEG & MARKUS PLLC via ECF

# How do I remove an attorney from a case?

**Type:**
CMECF FAQ

**Answer:**
Local rule 1.4, provides in pertinent part that an" attorney who has appeared as attorney of record for a party may be relieved or displaced only by an order of the Court . . . ."  Accordingly, court approval is needed to substitute one attorney for another attorney who has appeared, even if from the same law firm (because individual attorneys, not law firms, appear as counsel of record).  In many instances where one attorney at a firm is being removed while one or more other attorneys at the same firm continue to represent a party, a simply letter motion to the magistrate judge explaining why the attorney should be removed (e.g., has left the firm) is sufficient.