Israel Goldberg
Steven A. Weg
GOLDBERG WEG & MARKUS PLLC
122 West 27th Street, 11th Floor
New York, New York 10001
(212) 697-3250

Domenic M. Recchia, Jr.
LAW OFFICE OF DOMENIC M. RECCHIA, JR.
172 Gravesend Neck Road
Brooklyn, New York 11223
(718) 336-5550
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMOOE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE CITY OF NEW YORK, a Municipal Corporation of the State of New York, and the NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, an agency and governmental subdivision of the City of New York, <br><br> Defendant. | Docket No.: 13-cv-01045 NGG-VMS |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, dated February 21, 2019, the Declaration of Israel Goldberg, dated February 21, 2019, the Declaration of Chaim Ostreicher dated February 20, 2019 and the exhibits thereto, plaintiff **Ramooe, Inc.** will move this Court before the Honorable Nicholas G. Garaufis, United States District Judge for the Eastern District of New York, at the Courthouse thereof, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be determined by the Court, for an order pursuant to Fed.

R. Civ. P. 60(b)(3) and (6) setting aside the settlement agreement found at Doc. 18, and for such other and further relief as to the Court seems just and proper.

Dated: New York, New York
February 21, 2019

/s/ Steven A. Weg
GOLDBERG WEG & MARKUS PLLC
By: Israel Goldberg
Steven A. Weg
122 West 27th Street, 11th Floor
New York, New York 10001
(212) 697-3250

LAW OFFICE OF DOMENIC M. RECCHIA, JR.
By: Domenic M. Recchia, Jr.
172 Gravesend Neck Road
Brooklyn, New York 11223
(718) 336-5550

*Attorneys for Plaintiff*